**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WILLIAM LEON MAROTZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, POLICE CHIEF GREG SUHR, COMMANDER ROBERT O'SULLIVAN, POLICE OFFICERS (864)(552)(1732)(165) (2323) (1013), TONEY GREETY, PERRY, YAMAMOTO, AND SAN FRANCISCO DISTRICT ATTORNEYS OFFICE,<br><br>Defendants. | Case No. 14-cv-02958 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR AMENDING COMPLAINT** |

The Court previously ordered that if plaintiff wishes to amend his complaint, he must file his proposed amended complaint by October 8, 2014. Dkt. No. 16. On October 20, plaintiff filed a Motion To Amend/Correct Complaint but did not attach the proposed amended complaint. Dkt. No. 20. In order for the Court to consider plaintiff's motion, plaintiff must file his proposed amended complaint by November 21, 2014. If plaintiff does not do so, the Court will deny the motion to amend/correct the complaint. Defendants must file an opposition to the proposed amendment or a statement of non-opposition within 14 days from the filing of plaintiff's proposed amended complaint.

Case No. 14-cv-02958 NC
ORDER CONTINUING CASE
MANAGEMENT CONFERENCE

Additionally, the Court previously ordered that plaintiff has until October 24, 2014, to serve all defendants. Dkt. No. 16. On October 17, 2014, plaintiff filed a certificate of service for the individual defendants with the exception of Commander Robert O'Sullivan, indicating that plaintiff has attempted substituted service by serving individuals "designated by law to accept service of process on behalf of" the individual defendants. Dkt. No. 19. The certificate of service does not provide any basis for the assertion that the individuals who received the summons are designated by law to accept service of process on behalf of the individual defendants. The record at this time does not contain sufficient information for the Court to determine whether the individual defendants have been properly served.

Without ruling on the sufficiency of the service, the Court notes that under Federal Rule of Civil Procedure 4(e), service on an individual defendant may be accomplished by "(A) delivering a copy of the summons and of the complaint to the individual personally; (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or (C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(e)(2).

Alternatively, Rule 4(e) allows service to be accomplished by following California law. Under the applicable California statute, "[i]f a copy of the summons and complaint cannot with reasonable diligence be personally delivered to the person to be served . . . , a summons may be served by leaving a copy of the summons and complaint at the person's dwelling house, usual place of abode, usual place of business, or usual mailing address other than a United States Postal Service post office box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a United States Postal Service post office box, at least 18 years of age, who shall be informed of the contents thereof, and by thereafter mailing a copy of the summons and of the complaint by first-class mail, postage prepaid to the person to be served at the place where a copy of the summons and complaint were left." Cal. Civ. Proc. Code § 415.20(b).

Case No. 14-cv-02958 NC
ORDER CONTINUING CASE
MANAGEMENT CONFERENCE
2

1  The Court extends the deadline for plaintiff to serve the individual defendants to
2  December 10, 2014.
3  The further case management conference set for November 12 is continued to
4  December 17, 2014, at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450
5  Golden Gate Avenue, San Francisco, California.  The parties must file updated case
6  management statements at least one week prior to the conference.  *See* Civil L.R. 16-10(d).
7  IT IS SO ORDERED.
8  Date: November 10, 2014

Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-02958 NC
ORDER CONTINUING CASE
MANAGEMENT CONFERENCE
3