UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM LEON MAROTZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, POLICE CHIEF GREG SUHR, COMMANDER ROBERT O'SULLIVAN, POLICE OFFICERS (864)(552)(1732)(165) (2323) (1013), TONEY GREETY, PERRY, YAMAMOTO, AND SAN FRANCISCO DISTRICT ATTORNEYS OFFICE,<br><br>    Defendants. | Case No. 14-cv-02958 NC<br><br>**ORDER RE: PROPOSED AMENDED COMPLAINT** |

The Court notes that plaintiff William Marotz again did not file his proposed amended complaint by the deadline set by the Court. *See* Dkt. Nos. 16, 22. Plaintiff must file his proposed amended complaint by December 5, 2014. If plaintiff does not do so, the Court will deny his motion to amend/correct the complaint.

IT IS SO ORDERED.

Date: November 25, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge