# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM LEON MAROTZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, POLICE CHIEF GREG SUHR, COMMANDER ROBERT O'SULLIVAN, POLICE OFFICERS (864)(552)(1732)(165)(2323) (1013), TONEY GREETY, PERRY, YAMAMOTO, AND SAN FRANCISCO DISTRICT ATTORNEYS OFFICE,<br><br>　　　　Defendants. | Case No. 14-cv-02958 NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

On December 11, 2014, defendants filed a motion to dismiss pro se plaintiff William Marotz's first amended complaint. Dkt. No. 30. Civil Local Rule 7-3(a) requires parties to file and serve an opposition within fourteen days after a motion is filed. In the alternative, a party who does not oppose the motion must file a statement of nonopposition with the Court within fourteen days. Civ. L.R. 7-3(b). Where, as in this case, the motion was not served through the Court's Electronic Case Filing (ECF) system, *see* Dkt. No. 30 at 11, these deadlines are extended by 3 days. Civ. L.R. 7-3(a). Accordingly, Marotz's response to defendants' motion was due by December 29, 2014. Marotz has not filed a response. "Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Accordingly, Marotz has until January 14, 2015, to

Case No. 14-cv-02958 NC
ORDER TO SHOW CAUSE

1  oppose defendants' motion to dismiss (or file a statement of nonopposition) and to show
2  cause why this action should not be dismissed.  Marotz's failure to respond will result in
3  dismissal of this case with prejudice.
4       IT IS SO ORDERED.
5       Date: January 7, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-02958 NC
ORDER TO SHOW CAUSE                              2